# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-418-908

**Effective Date of Registration:**
December 23, 2020
**Registration Decision Date:**
February 05, 2021

## Title

**Title of Work:** Santa Aura

## Completion/Publication

**Year of Completion:** 2020

## Author

- **Author:** Zhaozhe Wu
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Jugu Xingchen Technology Co., Ltd
3/F, B4-1, No.10, Ligang North Road, Digang Community, Shajing Street, Bao'an District, Shenzhen

## Certification

**Name:** Zhaozhe Wu
**Date:** December 23, 2020

